IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| GORDON JENSEN HEALTH CARE ASSOCIATION, INC., | CASE NO. 20-61915-BEM |
| Debtor. | |

BOKF, N.A. EXHIBIT LIST
FOR HEARING ON BOKF, N.A.'S MOTION TO DISMISS, FOR RELIEF FROM STAY,
OR TO APPOINT A CHAPTER 11 TRUSTEE

| # | Description | ID | Objection | Admitted |
|---|---|---|---|---|
| B-1 | (Bama Oaks – AL) Bond Issuance to Bama Oaks Retirement, LLC for Assisted Living Facility (Sept. 28, 2012) | | | |
| B-2 | (Bama Oaks – IL) Bond Issuance to Bama Oaks Retirement, LLC for the Independent Living Facility (Nov. 29, 2012) | | | |
| B-3 | (Gordon Jensen – SNF) Bond Issuance to Gordon Jensen Health Care Association, Inc. for the Skilled Nursing Facility (Sept. 26, 2013) | | | |
| B-4 | (Bama Oaks – AL/IL) Management Agreement between Bama Oaks Retirement, LLC and Saint Simons Health Care, LLC (Sept. 28, 2012) | | | |
| B-5 | (Gordon Jensen – SNF) Management Agreement between Knollwood NH, LLC and Conquest Health Systems, LLC (November 1, 2018) | | | |

9618183.3

| | | | | |
|---|---|---|---|---|
| B-6 | (Gordon Jensen – SNF) Management Agreement between Knollwood NH, LLC and Marsh Pointe Management, LLC (November 1, 2018) | | | |
| B-7 | SEC Complaint Against Christopher F. Brogdon and Various Relief Defendants (Nov. 20, 2015) | | | |
| B-8 | Final Judgment in SEC Action (Jan. 17, 2020) | | | |
| B-9 | SEC Application for Writ of Garnishment Directed to Marsh Pointe Management, LLC (Sept. 25, 2020) | | | |
| B-10 | Brogdons' Objections to Applications for Writ of Garnishment (Oct. 5, 2020) | | | |
| B-11 | United States District Court for the District of New Jersey's Order Denying Objections to Writs of Garnishment (Nov. 18, 2020) | | | |
| B-12 | Writ of Garnishment Against Marsh Pointe Management, LLC (Oct. 19, 2020) | | | |
| B-13 | Marsh Pointe Management, LLC's Answer to Writ of Garnishment (Nov. 9, 2020) | | | |
| B-14 | Monitor's 10th Quarterly Report in SEC Action (July 23, 2018) | | | |
| B-15 | (Bama Oaks – AL) Bama Oaks Payoff for Assisted Living Facility Bond Issuance (Sept. 30, 2020) | | | |
| B-16 | (Bama Oaks – IL) Bama Oaks Payoff for Independent Living Facility Bond Issuance (Sept. 30, 2020) | | | |

2

9618183.3

| | | | | |
|---|---|---|---|---|
| B-17 | (Gordon Jensen –SNF) Gordon Jensen Payoff for Skilled Nursing Facility Bond Issuance (Sept. 30, 2020) | | | |
| B-18 | (Bama Oaks – AL/IL) Bama Oaks Retirement, LLC's Schedules (Feb. 27, 2020) | | | |
| B-19 | (Bama Oaks – AL/IL) Bama Oaks Retirement, LLC's Disclosure Statement (Aug. 28, 2020) | | | |
| B-20 | (Bama Oaks – AL/IL) Bama Oaks Retirement, LLC's Chapter 11 Plan (Aug. 28, 2020) | | | |
| B-21 | (Bama Oaks – AL/IL) United States Trustee's Objection to Disclosure Statement and Plan of Bama Oaks Retirement, LLC (October 15, 2020) | | | |
| B-22 | (Gordon Jensen – SNF) Gordon Jensen Health Care Association, Inc.'s Schedules (Feb. 27, 2020) | | | |
| B-23 | (Gordon Jensen – SNF) Gordon Jensen Health Care Association, Inc.'s Disclosure Statement (Aug. 28, 2020) | | | |
| B-24 | (Gordon Jensen – SNF) Gordon Jensen Health Care Association, Inc.'s Chapter 11 Plan (Aug. 28, 2020) | | | |
| B-25 | (Gordon Jensen – SNF) United States Trustee's Objection to Disclosure Statement and Plan of Gordon Jensen Health Care Association, Inc. (Oct. 26, 2020) | | | |
| B-26 | (Bama Oaks – AL) Bama Oaks Proof of Claim 11-1 for Assisted Living Facility Bond Issuance (May 4, 2020) | | | |

3

9618183.3

| | | | | |
|---|---|---|---|---|
| B-27 | (Bama Oaks – IL) Bama Oaks Proof of Claim 12-1 for Independent Living Bond Issuance (May 4, 2020) | | | |
| B-28 | (Gordon Jensen – SNF) Gordon Jensen Proof of Claim 2-1 for Skilled Nursing Bond Issuance (May 4, 2020) | | | |
| B-29 | (Bama Oaks – AL/IL) Transcript of Bama Oaks 341 Meeting of Creditors Before Vanessa Leo (Mar. 5, 2020) | | | |
| B-30 | (Bama Oaks – AL/IL) Transcript of Bama Oaks 341 Meeting of Creditors Before Vanessa Leo (July 27, 2020) | | | |
| B-31 | (Gordon Jensen – SNF) Transcript of Gordon Jensen 341 Meeting of Creditors Before Vanessa Leo (Mar. 5, 2020) | | | |
| B-32 | (Gordon Jensen – SNF) Transcript of Gordon Jensen 341 Meeting of Creditors Before Vanessa Leo (July 27, 2020) | | | |
| B-33 | (Bama Oaks – AL/IL) Monthly Operating Reports (February-October, 2020) | | | |
| B-34 | (Gordon Jensen - SNF) Monthly Operating Report (August 2020) | | | |
| B-35 | (Bama Oaks – IL) Appraisal of Gordon Oaks Independent Living Facility (Aug. 26, 2020) | | | |
| B-36 | (Bama Oaks – AL) Appraisal of Gordon Oaks Assisted Living Facility (Aug. 19, 2020) | | | |
| B-37 | (Gordon Jensen – SNF) Appraisal of Knollwood Healthcare (Aug. 26, 2020) | | | |

4

9618183.3

| | | | | |
|---|---|---|---|---|
| B-38 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Income Statement for the Twelve Months Ending December 31, 2019 | | | |
| B-39 | (Bama Oaks – AL/IL) Photos of Gordon Oaks Facility (May 2020) | | | |
| B-40 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Income Statement for the One Month Ending January 31, 2020 | | | |
| B-41 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Balance Sheet January 31, 2020 | | | |
| B-42 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Income Statement for the Three Months Ending March 31, 2020 | | | |
| B-43 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Income Statement for the Four Months Ending April 30, 2020 | | | |
| B-44 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Income Statement Ending June 30, 2020 | | | |
| B-45 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living General Ledgers (2019) | | | |
| B-46 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living General Ledgers (2020) | | | |
| B-47 | (Bama Oaks – AL/IL) Gordon Oaks Assisted Living Rent Roll by Type (February 2020) | | | |
| B-48 | (Bama Oaks – AL/IL) Gordon Oaks Rent Roll by Unit Type (November 2020) | | | |
| B-49 | (Bama Oaks – AL/IL) Gordon Oaks Competitor List | | | |

9618183.3

| | | | | |
|---|---|---|---|---|
| B-50 | (Gordon Jensen – SNF) Gordon Jensen Health Care Association Balance Sheet (June 30, 2018) | | | |
| B-51 | (Gordon Jensen – SNF) Knollwood Healthcare Income Statement Summary (Dec. 1, 2019 – December 31, 2019) | | | |
| B-52 | (Gordon Jensen – SNF) Knollwood Borrowers PPP Application | | | |
| B-53 | (Gordon Jensen – SNF) Knollwood GL Detail – YTD – June 2020 | | | |
| B-54 | (Gordon Jensen – SNF) Knollwood Financials – Balance Sheet as of June 30, 2020 | | | |
| B-55 | (Gordon Jensen – SNF) Knollwood Healthcare Income Statement Summary (Mar. 1, 2020 – Mar. 31, 2020) | | | |
| B-56 | (Gordon Jensen – SNF) Knollwood Healthcare Income Statement Summary (Apr. 1, 2020 – Apr. 30, 2020) | | | |
| B-57 | (Gordon Jensen – SNF) Knollwood Cost Report – November 2018 to June 2019 | | | |
| B-58 | (Gordon Jensen – SNF) Knollwood Medicare Cost Report – January 2019 to December 2019 | | | |
| B-59 | (Gordon Jensen – SNF) Knollwood Healthcare Income Statement Summary - June 30, 2020 | | | |
| B-60 | (Gordon Jensen – SNF) Knollwood Healthcare Balance Sheet (Sept. 30, 2020) | | | |

6

9618183.3

| | | | | |
|---|---|---|---|---|
| B-61 | (Gordon Jensen – SNF)<br><br>Knollwood Healthcare Medicaid Uniform Cost Report (July 1, 2019 – June 30, 2020) | | | |
| B-62 | (Gordon Jensen – SNF)<br><br>Alabama Medicaid Rate Change Letter (Jan. 17, 2020) | | | |
| B-63 | (Gordon Jensen – SNF)<br><br>Knollwood Healthcare Per Diem Rate Computation (Apr. 24, 2020) | | | |
| B-64 | (Gordon Jensen – SNF)<br><br>Alabama Medicaid Rate Change Letter (July 1, 2020) | | | |
| B-65 | (Gordon Jensen – SNF)<br><br>Alabama Medicaid Agency Rate Change Letter (Sept. 16, 2020) | | | |
| B-66 | (Gordon Jensen – SNF)<br><br>Pathway Health Executive Summary (August 2020) | | | |
| B-67 | (Gordon Jensen – SNF)<br><br>CMS COVID Data Chart | | | |
| B-68 | Marketing Report from Mike Pardoll (Nov. 3, 2020) | | | |
| B-69 | Article on Senior Housing M&A Activity (Oct. 12, 2020) | | | |
| B-70 | (Gordon Jensen – SNF)<br><br>Letter of Interest from Noland Health Services, Inc. (May 26, 2020) | | | |

9618183.3