IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GORDON JENSEN HEALTHCARE ASSOCIATION, INC., | CASE NO. 20-61915-BEM |
| Debtor. | |

**BOKF, N.A. WITNESS LIST
FOR HEARING ON BOKF, N.A.'S MOTION TO DISMISS, FOR RELIEF FROM STAY,
OR TO APPOINT A CHAPTER 11 TRUSTEE**

BOKF, N.A. intends to call the following witnesses at the hearing on BOKF, N.A.s' Motion to Dismiss, for Relief from Stay, or to Appoint a Chapter 11 Trustee:

1. Alan Plush
2. Derek Pierce
3. Scott Hardin
4. Christopher Brogdon
5. Michael Pardoll

9618492.1