

**IT IS ORDERED as set forth below:**

**Date: December 17, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>**GORDON JENSEN HEALTH CARE ASSOCIATION, INC.,**<br><br>Debtor. | Chapter 11<br><br>Case 20-61915-BEM |

### ORDER

This matter comes before the Court on the *Motion to Dismiss, for Relief from Stay, or to Appoint a Chapter 11 Trustee* ("Motion") filed by Creditor BOKF, N.A. (d/b/a Bank of Oklahoma) ("BOKF"). This matter came before the Court for hearing on December 10, 2020, at 10:00 AM.

Upon considering the Motion, Debtor's response, and the arguments of counsel, the Court finds as follows:

(a)    BOKF holds perfected first priority security interests in in a skilled nursing facility in Mobile, Alabama, owned by the Debtor and known as the Knollwood Facility ("Collateral"), securing a bond issuance for which BOKF serves as indenture trustee, as more particularly

described in BOKF's proof of claim 2-1 and the documents, including the bond indenture and related documents, attached thereto;

(b)     Debtor is in default under the terms of the bond indentures and related bond documents; and

(c)     Debtor has no equity in the Collateral.

Having found the facts set forth above, is hereby **ORDERED** as follows:

(1)     BOKF's request for relief from automatic stay is GRANTED;

(2)     the automatic stay of 11 U.S.C. § 362 shall be, and it hereby is, modified as to Debtor and the Collateral with respect to the enforcement of BOKF's security interests in such property, including to the extent necessary in order: (i) to permit BOKF to bring an action in the United States District Court for the Southern District of Alabama, or such other court as BOKF, in its discretion, deems appropriate, and take any and all other actions necessary to secure appointment of a receiver for the Collateral; and (ii) the fourteen (14) day stay of this Order as set forth in Fed. R. Bankr. P. 4001(a)(3) shall not apply.

**IT IS FURTHER ORDERED** that, given continuing concerns with regard to patient care at Debtor's facility, a hearing on BOKF's request to dismiss this case or, in the alternative, to appoint a Chapter 11 trustee, shall be held on **January 26, 2021, at 10:00 AM**, in Courtroom 1402, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive (f/k/a Spring Street), SW, Atlanta, Georgia **by WebEx using the procedures at Doc. 67** with the following modifications:

Any parties who wish to participate in or observe the Hearing should contact Candace Holley, Courtroom Deputy Clerk, (BEMChambers@ganb.uscourts.gov or (404) 215-1030) no later than **January 14, 2021**, to request instructions on how to participate in the Hearing; and Counsel are hereby directed to file separately on the docket (i) witness lists and (ii) marked exhibits

2

with a cover page listing the exhibits, not later than **five business days** before the hearing. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the Hearing date.

### [END OF ORDER]

Prepared and submitted by:

/s/ *Walter E. Jones*
Walter E. Jones
Georgia Bar No. 163287
Patrick Silloway
Georgia Bar. No. 971966
BALCH & BINGHAM, LLP
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
wjones@balch.com
psilloway@balch.com

Attorneys for BOKF, N.A., in its capacity as Indenture Trustee for (i) $7,780,000 The Medical Clinic Board of the City of Mobile (Second) First Mortgage Healthcare Facility Revenue Bonds (Gordon Jensen Health Care Association, Inc. Project) Series 2013A and (ii) $830,000 The Medical Clinic Board of the City of Mobile (Second) First Mortgage Healthcare Facility Revenue Bonds (Gordon Jensen Health Care Association, Inc. Project) Taxable Series 2013B

## DISTRIBUTION LIST

Theodore N. Stapleton
Theodore N. Stapleton, P.C.
Suite 100-B
2802 Paces Ferry Road
Atlanta, GA 30339

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Gary L. Wimbish
Wilkes & McHugh, P.A.
Suite 800
1 N. Dale Mabry Highway
Tampa, FL 33609

Walter E. Jones, Esq.
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308

Gordon Jensen Health Care Association, Inc.
c/o Scott Hardin
455 East Paces Ferry Road, NE
Suite 302
Atlanta, GA 30305

ALL CREDITORS AND PARTIES