**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE: | CHAPTER 11 |
|---|---|
| GORDON JENSEN HEALTH CARE ASSOCIATION, INC., | CASE NO. 20-61915-BEM |
| Debtor. | |

**STATUS REPORT**

COMES NOW, BOKF, N.A. ("BOKF") and hereby files this status report notifying the Court of the following:

1. On January 15, 2021, BOKF filed a Verified Complaint for Damages, Appointment of Receiver, Injunctive Relief, and an Accounting (Doc. 1), along with an Emergency Motion for Entry of an Order: (I) Appointing a Receiver, (II) Granting Certain Injunctive Relief, and (III) Approving Receiver Financing (the "Motion") and Memorandum of Law in Support (Docs. 3 and 4) against Gordon Jensen Health Care Association, Inc. ("Debtor") and certain other entities in the United States District Court for the Southern District of Alabama, Mobile Division (the "District Court") having Civil Action File No. 1:21-cv-0031-KD-B (the "Gordon Jensen Actions"). The case has been assigned to Chief Judge Kristi K. DuBose.

2. On January 21, 2021, the District Court entered an Order which, *inter alia*, set a hearing on the Motion for February 10, 2021 (Doc. 8). A copy of the Order is attached hereto as **Exhibit "1"** and incorporated herein by reference.

3. As the hearing has been scheduled for February 10, 2021, BOKF will provide a further status update on or before February 12, 2021.

**[Signature Appears on Following Page]**

Respectfully submitted, this the 27th day of January 2021.

*/s/ Walter E. Jones*

Walter E. Jones
Georgia Bar Number 163287
Patrick Silloway
Georgia Bar Number 971966

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
wjones@balch.com
psilloway@balch.com

James A. Higgins
Oklahoma Bar Number 18570
*Pro Hac Vice*
**FREDERIC DORWARD, LAWYERS PLLC**
Old City Hall
124 East Fourth Street
Tulsa, OK 74103-5010
Telephone: (918) 583-9922
Facsimile: (918) 583-6049
jhiggins@fdlaw.com

*Attorneys for BOKF, N.A., in its capacity as Indenture Trustee for (i) $7,780,000 The Medical Clinic Board of the City of Mobile (Second) First Mortgage Healthcare Facility Revenue Bonds (Gordon Jensen Health Care Association, Inc. Project) Series 2013A and (ii) $830,000 The Medical Clinic Board of the City of Mobile (Second) First Mortgage Healthcare Facility Revenue Bonds (Gordon Jensen Health Care Association, Inc. Project) Taxable Series 2013B*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court by using the Court's CM/ECF system, which will serve a notice to all counsel of record by placing a copy of the same in the United States mail, postage prepaid to the attached certified matrix:

*/s/ Walter E. Jones*
Walter E. Jones
Georgia Bar Number 163287

# EXHIBIT "1"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**BOKF, N.A., as Indenture Trustee,**

**Plaintiff,**

**vs.** **Civil Action No. 21-00031-KD-B**

**GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),**

**Defendants.**

**ORDER**

This action is before the Court on the Emergency Motion for the Entry of an Order: (I) Appointing a Receiver, (II) Granting Certain Injunctive Relief, and (III) Approving Receiver Financing and Memorandum of Law in Support (docs. 3, 4) and Motion to Set Hearing (doc. 7) filed by Plaintiff BOKF, N.A., as the Indenture Trustee.

BOKF has acknowledged that in order to be given the extraordinary equitable relief of appointment of a receiver, it must show that it has a valid claim, there is a probability that fraudulent conduct has occurred or will occur to frustrate the claim[1], the property or assets are in in imminent danger of diminishment in value or loss, legal remedies are inadequate, less

[1] BOKF has relied on the Securities and Exchange Commission's allegations of fraud and judgment against Brogdon entities to support this factor. At the hearing, BOKF should be prepared to address the effect of the SEC's finding that BOKF, while serving as Indenture Trustee and dissemination agent for the majority of the Brogdon Bond Offerings, allowed Brogdon to perpetuate fraud while failing to perform its disclosure and notice obligations to Bondholders, on BOKF's fraud argument. See In the Matter of BOKF, N.A, Administrative Proceeding File No. 3-17533 (SEC Release No. 10204, September 9, 2016).

**EXHIBIT "1"**

drastic equitable remedies are not available, and the likelihood that appointing a receiver will do more good than harm.

BOKF also seeks injunctive relief to aid the Receiver in managing and controlling the facility, should a Receiver be appointed. In that regard, BOKF has acknowledged that in order to obtain injunctive relief, it must show that it has a substantial likelihood of success on the merits, irreparable injury unless an injunction issues, that the threat of injury to BOKF outweighs any damages that the injunction may cause the opposing party, and if issued, the injunction would not be adverse to the public interest.

Upon consideration, the Motion to Set Hearing (doc. 7) is GRANTED. The Court will hold a **hearing on BOKF's Emergency Motion on February 10, 2021 at 3:00 p.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**On or before January 27, 2021, BOKF must serve all Defendants** with this Order, the Complaint, and the Emergency Motion and Memorandum in Support, and provide proof of service to the Court. **Defendants should respond to the Emergency Motion by February 8, 2021.**

The Clerk of Court is directed to mail a copy of this Order to the Defendants by overnight service via certified mail.

DONE and ORDERED this the 21st day of January 2021.

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

U.S. District Court Alabama Southern
155 Saint Joseph Street
Mobile AL 36602

USPS CERTIFIED MAIL



9214 8901 9403 8330 3289 37

MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND)
C/O JAMES B. ROSSLER, ESQUIRE
1 SOUTH ROYAL STREET, #300
MOBILE, ALABAMA 36602-3249

21-CV-28-KD-B, 21-CV-29-KD-B, and 21-CV-31-KD-B

U.S. District Court Alabama Southern
155 Saint Joseph Street
Mobile AL 36602

USPS CERTIFIED MAIL



9214 8901 9403 8330 3290 19

SCOTT HARDIN, REGISTERED AGENT
3040 PEACHTREE ROAD NW, #513
ATLANTA, GEORGIA 30305-2268

21-CV-31-KD-B