**IT IS ORDERED as set forth below:**



Date: June 17, 2021

_____
Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : <br> : <br> **GORDON JENSEN HEALTH CARE** : <br> **ASSOCIATION, INC.** : <br> : <br> : <br> Debtor. : <br> : <br> : | Case No. 20-61915-bem <br><br> Chapter 11 <br><br> Judge Barbara Ellis-Monro |

**CONSENT ORDER FOR DISMISSAL**

**THIS MATTER** is before the Court for hearing on June 17, 2021 on *BOKF, N.A.'s Renewed Motion to Dismiss* filed May 19, 2021 (the "Motion") [Doc No. 94]. Debtor does not oppose dismissal of the case. It appearing that no other creditors or interested parties have filed or have asserted any objections to the requested relief; it is hereby

**ORDERED** that the Debtor will file all outstanding Monthly Operating Reports and remit the quarterly fees owed to the United States Trustee, within thirty (30) days of entry of this Order; and it is further

**ORDERED** that this Chapter 11 case is dismissed.

## END OF DOCUMENT

Prepared and presented by:
**THEODORE N. STAPLETON, P.C.**

/s/ Theodore N. Stapleton
Theodore N. Stapleton
Georgia Bar No. 675850
Attorney for Debtor
Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia 30339
Phone- (770) 436-3334
tstaple@tstaple.com

Reviewed by:

/s/ Vanessa A. Leo
Vanessa A. Leo, Trial Attorney
Attorney for the United States Trustee
Georgia Bar Number 541621
United States Department of Justice

Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
Vanessa.A.Leo@usdoj.gov

Consented to:

/s/ Walter E. Jones
Walter E. Jones
Georgia Bar No. 163287
Attorneys for BOKF, NA

Balch & Bingham, LLP
Suite 700
30 Ivan Allen Jr. Blvd, NW
Atlanta, GA 30308-3036
Telephone (404) 962-3540
wjones@balch.com

## **DISTRIBUTION LIST**

Theodore N. Stapleton, Esq.
Suite 100-B
2802 Paces Ferry Road, NW
Atlanta, Georgia 30339

U.S. Trustee's Office
75 Ted Turner Drive
Room 362
Atlanta, GA 30303

Walter E. Jones
Balch & Bingham, LLP
Suite 700
30 Ivan Allen Jr. Blvd, NW
Atlanta, GA 30308-3036